THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALKER ENGRAVING CORPORATION, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.— This is a review of the final determination of the State Tax Commission denying the application of the relator for a refund of retail sales taxes. The relator is a manufacturer of photo engraving. The finished product is delivered to the person who orders it as a piece of copper or zinc plate with an etching or photo engraved upon it. The value of the metal is not more than two per cent of what the customer pays. The refund was asked for on the ground that payment to relator was for its services and not for the metal delivered. Determination of the State Tax Commission unanimously confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

NASSAU FACTORS CORPORATION, Appellant, v. ROY C. ALBRIGHT, Respondent, and Another.— Appeal by plaintiff from judgment of no cause of action, entered upon a verdict and order denying motion for a new trial. The action was brought, by a due-course holder, on a trade acceptance which defendant denied having signed. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

LOUIS BRAVEMAN, Appellant, v. SHELL EASTERN PETROLEUM PRODUCTS, INC., Respondent.— Appeal from judgment entered against plaintiff, on verdict of jury of no cause, in an action for injuries received in a collision of motor vehicles at a street corner. Also appeal from order denying plaintiff's motion for a new trial on the ground of newly-discovered evidence. Judgment and order unanimously affirmed, with costs. Order denying motion for new trial on the ground of newly-discovered evidence unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THOMAS H. CAMERON, Respondent, v. LOUIS MILLER, Doing Business under the Firm Name and Style of QUARTER CAB SERVICE, Appellant, and Another. SAMUEL J. DIXON, Respondent, v. LOUIS MILLER, Doing Business under the Firm Name and Style of QUARTER CAB SERVICE, Appellant, and Another.—Appeal by the defendant from judgments of the Albany County Court, entered upon the verdict of a jury, and from orders denying motions for new trial. Defendant operated a taxicab business. His employee, in charge of the office, took charge of a taxicab, and in the operation thereof the accident resulted. The question was whether defendant's employee was acting within the scope of his employment. The plaintiff claimed that an emergency arose justifying the employee (who had charge of the office) in the interests of his employer to operate defendant's taxicab to an extent which permitted its being turned about, faced in the proper direction on the street. Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.